COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
2-07-279-CR

 

 

SHOD MICHAEL WILLIAMS                                                   APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

           FROM
THE 396TH DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








Shod Michael Williams is
attempting to appeal his conviction and sentence for murder.  The trial court has certified that this is a
plea-bargain case and appellant has no right of appeal.[2]  We notified appellant by letter that the
appeal was subject to dismissal based on the trial court=s certification unless, by August 13, 2007, appellant filed a response
showing grounds for continuing the appeal.[3]  Although appellant has filed a response, it
does not state grounds for continuing the appeal.  Accordingly, we dismiss the appeal.[4]        

PER CURIAM

PANEL D: 
CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DO NOT PUBLISH        

Tex. R. App. P. 47.2(b)

DELIVERED: 
August 31, 2007                             

 











[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P. 25.2(a)(2), (d).





[3]Tex. R. App. P. 25.2(d), 44.3.





[4]Tex. R. App. P. 43.2(f).